Willis S. NESTLERODE, Administrator of the Estate of Richard S. Nestlerode, Deceased, Appellant,

v.

Juanita NESTLERODE, Respondent.

No. WD 35569.

Missouri Court of Appeals, Western District.

Aug. 14, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 2, 1984.

Application to Transfer Denied Nov. 20, 1984.

Ralph E. Smith, Butler, for appellant.

Harold A. Kyser, Butler, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from an order of the Probate Division of the Circuit Court approving a settlement and the division of property within a decedent's estate.

Judgment affirmed. Rule 84.16(b).